**STATE of Missouri, Respondent,**

v.

**John H. SCHROEDER, Appellant.**

**No. WD 61581.**

Missouri Court of Appeals,
Western District.

June 24, 2003.

Kurt P. Valentine, Jefferson City, MO, for appellant.

Jay R. Anielak, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, HAROLD L. LOWENSTEIN, Judge and RONALD R. HOLLIGER, Judge.

### *ORDER*

PER CURIAM.

Appellant John H. Schroeder appeals from a judgment entered in the Circuit Court of Cole County finding him guilty of the class B misdemeanor of driving while intoxicated, § 577.010, RSMo 2000. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for

our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).